UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC K'NAPP,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>            Defendants. | Case No. 1:13cv00996 AWI DLB (PC)<br><br>ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE IN FULL<br>(Documents 2, 3)<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Plaintiff Eric K'napp ("Plaintiff"), a state prisoner proceeding pro se, filed this action on June 28, 2013. Plaintiff also filed applications to proceed in forma pauperis on June 28, 2013, and July 15, 2013.

   28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he is, <u>at the time the complaint is filed</u>, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 2:03-cv-00394-DFL-PAN (E.D. Cal. 2004), <u>Knapp v. Knowles, et al.</u>

1

1  The Court has reviewed Plaintiff's June 28, 2013, complaint and finds that he does not meet the imminent danger exception. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff's complaint names approximately 20 Defendants and involves his receipt of mail while incarcerated.

Accordingly, Plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action. Therefore, Plaintiff's applications to proceed in forma pauperis shall be DENIED, and this action shall be DISMISSED, WITHOUT PREJUDICE, to refiling with the submission of the $400.00 filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's applications to proceed in forma pauperis in this action are DENIED;

2. This action is DISMISSED, without prejudice to refiling with the submission of the $400.00 filing fee in full; and

3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 1, 2013                                         /s/ signature

SENIOR DISTRICT JUDGE

---

(dismissed on August 13, 2004, for failure to state a claim); 2:06-cv-00453-GEB-GGH (E.D. Cal. 2007), <u>Knapp v. Knowles, et al.</u>, (dismissed on June 13, 2007, for frivolity and failure to state a claim); and No. 04-16701 (9th Cir. 2005), <u>Knapp v. Knowles, et al.</u>, (dismissed on March 7, 2005, as frivolous).

2