# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC K'NAPP, | Case No. 1:13cv00996 AWI DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL AND FINAL JUDGMENT |
| v. | (Document 7) |
| JEFFREY BEARD, et al., | ORDER DIRECTING CLERK TO RE-OPEN CASE |
| Defendants. | |

Plaintiff Eric K'napp ("Plaintiff"), a state prisoner proceeding pro se, filed this action on June 28, 2013.

On August 2, 2013, the Court issued an order denying Plaintiff's application to proceed in forma pauperis on the basis that Plaintiff had three strikes under 28 U.S.C. § 1915(g) and had not met the imminent danger requirement. The action was dismissed without prejudice on August 2, 2013.

On August 15, 2013, Plaintiff filed a Motion for Relief from Order of Dismissal and Final Judgment.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, "[o]n motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect;. . . or (6) any other reason justifying relief from the operation of judgment." This

1

may include mistake and inadvertence by the court.  See <u>Kingvision Pay-Per-View Ltd. v. Lake Alice Bar</u>, 168 F.3d 347, 350 (9th Cir. 1999).

Here, Plaintiff contends that this Court, in 1:08-cv-01779 AWI BAM, <u>Knapp v. Cate</u>, held that two of the three dismissals that the Court relied on in the August 2, 2013, order were not strikes pursuant to 1915(g).  Plaintiff is correct.

Accordingly, Plaintiff's motion is GRANTED.  The Clerk of Court is DIRECTED re-open this action.

IT IS SO ORDERED.

Dated:   August 30, 2013                                  _____
                                                          SENIOR   DISTRICT   JUDGE

2