# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. R. K'NAPP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00996 AWI DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>[ECF No. 15] |

Plaintiff Eric C. R. K'napp, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 28, 2013.

On June 16, 2015, the District Court issued an order revoking Plaintiff's in forma pauperis status and directing Plaintiff to pay the filing fee in full within thirty (30) days, or suffer dismissal of the case. Over thirty days have passed and Plaintiff has failed to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that the case is DISMISSED for failure to pay the filing fee. The Clerk of Court is DIRECTED to terminate the case.

IT IS SO ORDERED.

Dated: __August 29, 2015__　　　　　　　__/s/ signature__
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1